1   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY, P.C.
2   First Library Square
    1114 Fremont Avenue
3   South Pasadena, CA 91030-3227

4   Tel:  626-799-9797
    Fax: 626-799-9795
5   TPRLAW@att.net

6   Attorneys for Plaintiff
    J & J Sports Productions, Inc.
7

8                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
9                           FRESNO DIVISION

10

11  J & J SPORTS PRODUCTIONS, INC.,      |   CASE NO.  1:12-cv-00738-AWI-DLB

12                 Plaintiff,            |   PLAINTIFF'S *EX PARTE*
                                         |   APPLICATION FOR AN ORDER
13           v.                          |   CONTINUING THE INITIAL
                                         |   SCHEDULING CONFERENCE AND
14  ELVIA YOLANDA MONTANO, et al.        |   EXTENDING TIME TO COMPLETE
                                         |   SERVICE; AND ORDER
15                 Defendant.            |
16

17       TO  THE  HONORABLE  DENNIS  L.  BECK,  THE  PARTIES  AND  THEIR

18  ATTORNEY/S OF RECORD:

19       As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon

20  defendant Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre.

21       WHEREFORE, Plaintiff makes the following representations and recommendations:

22

23       1.       On May 4, 2012, Plaintiff's Complaint was filed against Defendant Elvia Yolanda

24  Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre.

25       2.       Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant,

26  Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre, despite diligent

27  efforts to do so.  (Please find a true and correct copy of the process server's Status Reports attached

28  hereto and made part hereof as Plaintiff's Exhibit 1).

3.      Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for November 6, 2012 at 9:00 AM.    As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for November 6, 2012 at 9:00 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  August 30, 2012                 */s/ Thomas P. Riley*_____
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

**<u>ORDER</u>**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-00738-AWI-DLB styled *J & J Sports Productions, Inc. v. Elvia Yolanda Montano, et al.*, is hereby continued from 9:00 AM, November 6, 2012 to  December 17, 2012 at 9:00 am.

Plaintiff is granted an additional forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   __September 4, 2012__          _____ /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 1:12-cv-00738-AWI-DLB**