Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  1:12-cv-00738-AWI-DLB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| ELVIA YOLANDA MONTANO, et al. | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1. On May 4, 2012, Plaintiff's Complaint was filed against Defendant Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre.

2. Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre, despite diligent efforts to do so.  (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3.     Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for November 6, 2012 at 9:00 AM.   As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for November 6, 2012 at 9:00 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  August 30, 2012              */s/ Thomas P. Riley* _____
                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                     By: Thomas P. Riley
                                     Attorneys for Plaintiff
                                     J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-00738-AWI-DLB styled *J & J Sports Productions, Inc. v. Elvia Yolanda Montano, et al.*, is hereby continued from 9:00 AM, November 6, 2012 to  December 17, 2012 at 9:00 am.

Plaintiff is granted an additional forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Elvia Yolanda Montano, individually and d/b/a Papa O's Pizza a/k/a Alto Kalibre, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.


IT IS SO ORDERED.

Dated:   **September 4, 2012**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 1:12-cv-00738-AWI-DLB**